## LONG v. EMERY, Sheriff.

No. 3843.   Decided September 18, 1922.   (209 Pac. 631.)

Original application by J. H. Long for a writ of *habeas corpus* against C. Frank Emery, as Sheriff of Salt Lake County.

DENIED, and petitioner remanded to custody.

*H. L. Mulliner,* of Salt Lake City, for plaintiff.

*Harvey H. Cluff,* Atty. Gen., *Wm. A. Hilton,* and *J. Robert Robinson,* Asst. Attys. Gen., for defendant.

FRICK, J.

This case is controlled by the decision in the case of *Bleon* v. *Emery,* 60 Utah, 582, 209 Pac. 627, just decided.

For the reasons therein stated it is hereby ordered that the plaintiff be, and he is hereby, remanded to the custody of the defendant as sheriff of Salt Lake county, to be held by him until discharged according to law.

CORFMAN, C. J., and WEBER, GIDEON, and THURMAN, JJ., concur.